IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| GS HOLISTIC, LLC, | No. 2:23-cv-00358-CKD |
| Plaintiff, | |
| v. | ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT TO SUBSTITUTE DEFENDANTS |
| MUSTAFA AL-NAJJAR d/b/a TIME ZONE SMOKE SHOP and MUSTAFA AL-NAJJAR, | |
| Defendants. | |

Upon consideration of Plaintiff's Motion (ECF No. 7), and for good cause shown, it is hereby ORDERED that:

1. Plaintiff's Motion to Leave to File Amended Complaint to substitute Defendants (ECF No. 7) is GRANTED; and

2. The July 26, 2023, hearing on the motion is VACATED.

Dated:  July 5, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1