1  HANNAH STITT (SBN 309349)
2  Tectonic Law PC
3  3929 24th St, Ste 5
4  San Francisco CA 94114
5  Telephone: 628-203-8479
6  Fax: 408-677-2124
7  hannah@tectoniclaw.com
8  Attorney for Def. Mustafa Al-Najjar
9  (dba Time Zone Smoke Shop)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| GS HOLISTIC, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MUSTAFA AL-NAJJAR d/b/a TIME ZONE SMOKE SHOP,<br><br>Defendant. | No. 2:23-cv-00358-CKD<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE and ORDER OF DISMISSAL**<br><br>Magistrate: Hon. Carolyn K. Delaney<br>Complaint Filed: February 27, 2023 |
|---|---|

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-referenced case is DISMISSED with prejudice and without an award of costs or fees to any party.

///

///

///

| | | |
|---|---|---|
| 1 | | |
| 2 | Date: June 27, 2024 | Respectfully submitted, |

/s/Tomas Carlos Leon (as authorized on June 27, 2024)
Tomas Carlos Leon
CA Bar #321117
Leon Law LLP
1145 W. 55th Street
Los Angeles, California 90037
tommie@leon.law
*Attorney for the Plaintiff*

/s/ Hannah Stitt
Hannah Stitt
CA Bar # 309349
3929 24th Street, Suite 5
San Francisco, CA 94114
hannah@tectoniclaw.com
Telephone: 628-203-8479
*Attorney for the Defendant*

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated:  June 28, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE